# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GINO LOPEZ, ) | Case No. 1:06-cv-00400 AWI TAG |
| ) | |
| Plaintiff, ) | **ORDER RE: MAGISTRATE JUDGE** |
| ) | **CONSENT FORM** |
| v. ) | |
| ) | |
| COUNTY OF KERN, KERN COUNTY ) | |
| SHERIFF'S DEPARTMENT, SHERIFF ) | |
| MACK WIMBISH, et al, ) | |
| ) | |
| Defendants. ) | |
| _____ ) | |

At the Scheduling Conference conducted on August 11, 2006, the parties' counsel indicated that they may wish to consent to the conduct of all further proceedings, including trial, before a United States Magistrate Judge.

Accordingly, this Court ORDERS the parties' counsel to sign, date and return a consent form no later September 5, 2006, twenty (20) days from the date of this Order, indicating whether they in fact wish to consent to magistrate judge jurisdiction. The form for Consent to Exercise of Jurisdiction by a United States Magistrate Judge is available from this Court's web site at the following location: http://207.41.18.73/caed/staticOther/page_947.htm

IT IS SO ORDERED.

Dated:   **August 16, 2006**                               **/s/ Theresa A. Goldner**
**j6eb3d**                                                  UNITED STATES MAGISTRATE JUDGE

1