1 | **B.C. BARMANN, SR., COUNTY COUNSEL**
**COUNTY OF KERN, STATE OF CALIFORNIA**
2 | By Mark L. Nations, Chief Deputy (#101838)
**Administrative Center**
3 | 1115 Truxtun Avenue, Fourth Floor
Bakersfield, California 93301
4 | Telephone: (661) 868-3800

5 | **Attorney for Defendants, County of Kern, Kern County**
**Sheriff's Department and Sheriff Mack Wimbish**

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GINO LOPEZ, | CASE NO. 06-CV-00400 AWI TAG |
| Plaintiff, | STIPULATION TO SET FURTHER SCHEDULING CONFERENCE DATES AND ORDER THEREON |
| v. | |
| COUNTY OF KERN, KERN COUNTY SHERIFFS DEPARTMENT, SHERIFF MACK WIMBISH, et al., | |
| Defendants. | |

Plaintiff, Gino Lopez, in pro per and Mark L. Nations, Chief Deputy County Counsel, for defendants County of Kern, Kern County Sheriff's Department and Sheriff Mack Wimbish hereby stipulate to a meeting with the Magistrate Judge Theresa A. Goldner to continue the dates of the Scheduling Conference Order filed on August 16, 2006. The parties believe that it will be beneficial to all parties and to the Court to postpone the currently scheduled dates to allow plaintiff an opportunity to retain counsel. Plaintiff appeared at his properly noticed deposition on March 2, 2007 and refused to proceed with the deposition because he did not have an attorney. A copy of the transcript of the deposition is attached hereto as Exhibit "A".

///

///

///

Stipulation to Set Further Scheduling Conference and Order Thereon

Plaintiff's address for service of process is 2916 Ridgedale, Street, Bakersfield, California, 93306.

Dated: March 2, 2007                           B. C. BARMANN, SR., COUNTY COUNSEL

                                               By  /s/ Mark L. Nations
                                                   Mark L. Nations, Chief Deputy
                                                   Attorney for Defendants County of Kern, et al.

Dated:  March 2, 2007                          /s/ Gino Lopez
                                               Gino Lopez, Plaintiff in Pro Per

## ORDER

The Court having read the foregoing Stipulation and good cause appearing therefor, IT IS HEREBY ORDERED that the parties are to appear before the undersigned United States Magistrate Judge on Monday, April 9, 2007 at 10:00 a.m., at the United States District Court courtroom, located at 1300 18th Street, Suite A, Bakersfield, California for a Status Conference and Further Scheduling Conference in this matter.  The parties are to file a Status Report reflecting the status of the case, no later than Friday, April 6, 2007.

IT IS SO ORDERED.

Dated:  **March 27, 2007**                     **/s/ Theresa A. Goldner**
**j6eb3d**                                     UNITED STATES MAGISTRATE JUDGE