IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GINO LOPEZ, | Case No. 1:06-cv-0400 AWI TAG |
| Plaintiff, | ORDER ADOPTING REPORT AND RECOMMENDATION TO DISMISS |
| vs. | CASE FOR FAILURE TO COMPLY WITH THE COURT'S ORDERS |
| COUNTY OF KERN, et al., | (Doc. 31) |
| Defendants. | |

On April 7, 2006, plaintiff Gino Lopez ("Plaintiff"), through counsel, commenced the instant civil rights action, 42 U.S.C. § 1983, against defendants County of Kern, the Kern County Sheriff's Department, and various law enforcement personnel. (Doc. 1). Plaintiff's law firm was granted leave to withdraw as counsel of record on February 12, 2007. (Doc. 24). Plaintiff, proceeding pro se, failed to comply with this Court's March 27, 2007, combined Scheduling Conference and Status Order, (Doc. 27), and its April 13, 2007, Order to Show Cause. (Doc. 30).

On May 7, 2007, the Magistrate Judge issued a Report and Recommendation to dismiss Plaintiff's case without prejudice for failure to comply with the Court's orders. (Doc. 31). This document was served on the parties and contained notice that any objections were to be filed within fifteen (15) days of the date of service. (Id.). To date, neither party has filed objections to the report and recommendation. (See docket sheet).

In accordance with the provisions of 28 U.S.C. § 636 (b)(1)(C), Federal Rule of Civil Procedure 72(b), and Local Rule 72-304, this Court has conducted a de novo review of the case. Having carefully reviewed the entire file, the Court finds the report and recommendation filed on May 7, 2007, to be supported by the record and by the Magistrate Judge's analysis.

Accordingly, IT IS HEREBY ORDERED that:

1. The Report and Recommendation (Doc. 31), filed May 7, 2007, is ADOPTED IN FULL;

2. Plaintiff's civil rights action is DISMISSED WITHOUT PREJUDICE for failure to comply with the Court's March 27, 2007, (Doc. 27), and April 13, 2007, (Doc. 30), orders.

IT IS SO ORDERED.

**Dated:   June 1, 2007**                               **/s/ Anthony W. Ishii**
                                                      UNITED STATES DISTRICT JUDGE